Jessie Lee BUCHANAN *v*. STATE of Arkansas

CR 93-714                                        856 S.W.2d 308

Supreme Court of Arkansas
Opinion delivered July 19, 1993

*Davis H. Loftin*, for appellant.

No response.

PER CURIAM. Appellant, Jessie Lee Buchanan, by his attorney, has filed for a rule on the clerk.

His attorney, Davis Loftin, admits that the failure to file the record in time was due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964. A copy of this opinion will be forwarded to the Committee on Professional Conduct.